IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 OCT 24  AM 11: 49
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| C.S. B/N/F CHARLES E. SNEED, SR. AND PAMELA J. PARKS,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>AUSTIN INDPENDENT SCHOOL DISTRICT,<br>　　　　DEFENDANTS. | CAUSE NO. 1:19-CV-608-LY |

## ORDER

Before the court is the above-styled and numbered cause. On September 10, 2019, the court signed an order (Dkt. No. 19) granting Plaintiff Charles E. Sneed, Sr. leave to file an amended complaint. Plaintiff Charles E. Sneed, Sr. filed its First Amended Complaint on September 13, 2019 (Dkt. No. 20). Accordingly,

**IT IS ORDERED** that Defendant Austin Independent School District's Rule 12(b)(1) & (b)(6) Motion for Partial Dismissal filed August 16, 2019 (Dkt. No. 14) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _24th_ day of October, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE