IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| C.S. B/N/F CHARLES E. SNEED, SR. AND PAMELA J. PARKS,<br>PLAINTIFFS,<br><br>V.<br><br>AUSTIN INDEPENDENT SCHOOL DISTRICT,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§  CAUSE NO. 1:19-CV-608-LY<br>§<br>§<br>§<br>§ |

## ORDER

**IT IS ORDERED** that Defendant Austin Independent School District's Rule 12(b)(1) & (b)(6) Motion for Partial Dismissal of Plaintiffs' First Amended Complaint filed September 27, 2019 (Dkt. No. 22) and all filings related thereto are **REFERRED** to United States Magistrate Mark Lane for report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(d).

SIGNED this _____ day of November, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE