# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CAMRON SNEED, § § *Plaintiff*, § § v. § § AUSTIN INDEPENDENT SCHOOL § DISTRICT, § § *Defendant*. § | Civil Action No. 1:19-cv-608 Jury Trial |

## JOINT ADVISORY TO THE COURT

Plaintiff Camron Sneed and Austin Independent School District (collectively, the Parties) jointly file this Advisory to the Court, as follows:

1. Pursuant to this Court's scheduling order, the dispositive motions deadline in the above-referenced matter is set for Friday, June 26, 2020. *See* Dkt. No. 29.

2. The Court advised the parties during the initial pretrial conference, and reiterated in its April 7, 2020, Order, that the parties can revise the dates contained in the scheduling order by agreement, without court approval, except for the assigned final pretrial conference and trial month. *See* Dkt. No. 44.

3. This Letter is to inform the Court that the parties are in agreement to extend the dispositive motions deadline to Friday, July 10, 2020.

AGREED:

| ROGERS, MORRIS & GROVER, L.L.P. | CIRKIEL & ASSOCS., P.C. |
|---|---|
| | /s/ Martin Cirkiel |
| | By permission Amy Demmler |
| _____ | _____ |
| JONATHAN G. BRUSH | Mr. Martin J. Cirkiel, Esq. |
| State Bar No. 24045576 | State Bar No. 00783829 |
| Federal I.D. No. 619970 | Federal I.D. No. 21488 |
| jbrush@rmgllp.com | Email: marty@cirkielaw.com |
| AMY DEMMLER | 1901 E. Palm Valley Boulevard |
| State Bar No. 24092337 | Round Rock, Texas 78664 |
| Federal I.D. No. 3227731 | Telephone: 512/244-6658 |
| ademmler@rmgllp.com | Facsimile: 512/244-6014 |
| Rogers, Morris & Grover, L.L.P. | |
| 5718 Westheimer, Suite 1200 | Mr. Anthony O'Hanlon, Esq. |
| Houston, Texas 77057 | Anthony O'Hanlon, P.C. |
| Telephone:   713/960-6000 | State Bar No. 15235520 |
| Facsimile:   713/960-6025 | 111 South Travis Street |
| | Sherman, Texas 75090 |
| ATTORNEYS FOR AISD | Telephone: (903) 892-9133 |
| | Facsimile: (903) 957-4302 |
| | |
| | ATTORNEYS FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin J. Cirkiel
*(Via Email:* marty@cirkielaw.com)

Anthony O'Hanlon
*(Via Email:* anthony@ohanlonlaw.net)

_____
Attorney for AISD