United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Brush, Jonathan Griffin |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, July 13, 2020 |
| Re: | 01:19-CV-00608-LY / Doc # 59 / Filed On: 07/10/2020 08:36 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Pursuant to the Administrative Policies and Procedures Section 10(b), Parties may not use the Court's electronic notice facilities to serve sealed documents. Service must be by other means. Please submit a new CERTIFICATE OF SERVICE ONLY as a separate document IN PLEADING FORM stating the alternate means of service.