IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAMRON SNEED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO.: 1:19-cv-608 |
| | § | Jury Trial |
| AUSTIN INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Austin Independent School District's Unopposed Motion for Leave to File Summary Judgment Exhibits Under Seal. After considering the motion, the Court is of the opinion that is should be **GRANTED**.

It is, therefore, ordered that Austin Independent School District's Unopposed Motion for Leave to File Summary Judgment Exhibits Under Seal is hereby **GRANTED**.

It is, further, ORDERED that Exhibits 1-49 to AISD's Motion for Summary Judgment (Dkt. No. 58, Exhibit A) are deemed filed under seal as of the filing of this Order.

SIGNED this 13th day of July, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE