IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 OCT -5  AM 11: 53
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

| | |
|---|---|
| CAMRON SNEED, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:19-CV-608-LY |
| § | |
| AUSTIN INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
| DEFENDANT. § | |

## ORDER

**IT IS ORDERED** that the Final Pretrial Conference in this case is **RESET** from October 29, 2020, at 9:00 a.m. to October 27, 2020, at 1:00 p.m. as a telephonic conference in the Chambers of United States District Judge Lee Yeakel, Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas. Counsel for the parties shall call the chambers conference line at (877) 873-8017, access code 7996289.

SIGNED this _____ day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE