IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAMRON SNEED, | § | |
|     *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | C.A. NO.: 1:19-cv-608 |
| | § | Jury Trial |
| AUSTIN INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|     *Defendant*. | § | |

**PLAINTIFFS' WITNESS LIST**

Plaintiff designates witnesses as follows:

**I. LIKELY TO BE CALLED**

1) **Charles E. Sneed, Sr**.
2) **Pamela J. Parks**
3) **Camron Sneed**
4) **Austin Independent School District**
 *(Including but not limited to its board members, administrators, employees, Corporate Representatives, agents and staff and all other custodians of billing records):*

> *Corporate Representative with knowledge of:*
> *ISD policies and procedures*
> *Hiring and vetting, training and supervision of employees*
> *Protocols for protection of students in similar circumstances*
> *Reporting requirements for ISD employees regarding suspected or alleged bullying/bias/discrimination/harassment*
> *Applicable standards for professional judgment*
> *Investigation of these events*
> *All board action resulting from these events*
> *Performance reviews of employees*
> *Title VI compliance*
> *Authenticity of all information produced in discovery, including Defendant's custodian of such records/information*

**Dr. Craig Shapiro**    *(former Associate Superintendent of High Schools - AISD)*
*Awaiting last known phone number from Defendant*
*2961 Sussex Garden Lane*
*Austin, Texas 78748*
*AISD has requested Plaintiff to contact this witness through them*

**Dr. Paul Cruz**    *(former Superintendent AISD)*
*Awaiting last known address and phone number from Defendant*
*512.765.0588*
*AISD has requested Plaintiff to contact this witness through them*

**Yasmin Wagner**    *trustee*
*If no longer on the board, Defendant will provide last known address and phone number*

**James Bowie High School**
  **Mark Robinson**    *(principal)*
  **Ryan Thomas**    *Band Director (2016-2017)*
  **Anthony Paxton**    *Band teacher*
  *Agriculture Teachers*
    **Amber Dickinson**
    **Shelby Stephens**
  **Susan Leos**    *(assistant principal)*
  **Vincent Trevino**    *(former assistant principal)*

5) **Students:**

**Brandon Parker**
633 Blue Ridge Drive
Dripping Springs, Texas 78620
512.576.1676

**Josh McCormick**
6609 Quincy Cove
Austin, Texas 78739
512.394.9722

**Ayden Strange**
10610 Valley Vista Road
Austin, Texas 78737
512.785.0638

**6)**   **Adults:**

    **Brad Pierce**   Former agriculture teacher at James Bowie High School
    5304 Dry Wells Road
    Austin, Texas 78749
    512.736.6691
    Bwpierce2011@gmail.com

    **Tiffany Black**   Former agriculture teacher at James Bowie High School
    315 Thomas Oaks Drive
    Wimberley, Texas 78676
    512.431.3924
    Tiffskyy8@yahoo.com

    **Nelson Linder**
    President  NAACP
    Austin, Texas
    512.476.6730
    lindernelson@aol.com

    **Stephanie Parker**
    633 Blue Ridge Drive
    Dripping Springs, Texas 78620
    512.576.1676

    **Samantha Strange**
    10610 Valley Vista Road
    Austin, Texas 78737
    512.785.0638

**7)**   **Treaters**:

    **Bolutife "Bolu" Dosumu, LCSW, MPA**
    Glasshouse Effect Psychotherapy, PLLC
    (*including custodian of records and custodian of billing*)
    111 Ramble Lane, Ste 120
    Austin, Texas 78745
    817.789.9744

    **Tina Rix, MS, LMFT, CEO**,

Better Path Family Counseling and Consulting, PLLC
*(including custodian of records and custodian of billing)*
2703 Sol Wilson Ave
Austin, Texas 78702
512.660.3499

**8)** Defendants' witness designations are incorporated fully by reference herein for the express purpose of cross-examination. Plaintiffs' do not vouch for the accuracy or credibility of such adverse witnesses, but reserve the right to elicit their testimony.

Plaintiffs may not call witnesses in the order listed, and reserve the right to cross-examine witnesses sponsored by, or called by, Defendant. Plaintiffs reserve the right to challenge the qualification of any witness to testify, and to challenge the methodology, expertise (if proffered) and reliability of such witnesses for lay or expert opinion.

## II.  POSSIBLE WITNESSES

**Austin Independent School District**

1. *(Including but not limited to its board members, administrators, employees, Corporate Representatives, agents and staff and all other custodians of billing records):*

   | | |
   |---|---|
   | **Dr. Jacob Reach** | Chief of Staff |
   | **Rosa Palacios** | (Dr. Cruz's executive assistant) |
   | **Edna Butts** | Director of Intergovernmental Relations |

   <u>***James Bowie High School:***</u>
   | | |
   |---|---|
   | **Stephanie McGraw** | (former assistant principal) |
   | **Larry Britton** | (former assistant principal) |
   | **Beverly Reeves** | former Administrative Supervisor of Customer Service |
   | **Nona May** | former counselor |
   | **Traci Hendrix** | ISD employee |
   | **Claire Smith** | school counselor |

   <u>***Campus Police / SRO department***</u>
   **Stephanie Kirkov**
   **Angelica Covington**
   **Steve Melton**
   **Officer _____ Cheney**

2. **<u>Students</u>**:

    **Joseph Duarte**
    **Christian Byers**
    **Will Gamblin**
    **Kylee Rhorer**
    **Kristin Ng**
    **Matt or Michael**
    **Lauren Aman (pit leader – band)**
    **Jonathan Lugo (band)**
    **Kaitlin Cinque**
    **Michael Kennedy**
    **Gina Grasso**
    **Claire Skrobarczyk**
    **Grace Burden**
    **Jasmin Garza**
    **Delal Abed**
    **Sophia _____**                 referenced in Camron's deposition
    **Hailey _____**               referenced in Camron's deposition
    **\_\_\_\_\_ Dogge**                  referenced in Camron's deposition
    **Hugo _____**              referenced in Camron's deposition
    **Caden McCullough**         referenced in Camron's deposition

3. <u>Adults:</u>

    **Mark Fischer 512.750.5002**
    **Gary Adams**
    **Samantha Strange**
    **Kristen Benton**
    **Rebecca Lusk**
    **Kristin Benton**
    **Stacey Jo Petrash**
    **B.J. Guerra**
    **Troy Wenzel**

4. <u>Habit, Practice, Custom / Prior Notice:</u>

    **Mechele Dickerson**   *ISD parent with knowledge of other similar incidents/pattern of racial misconduct and nonfeasance*
    University Distinguished Teaching Professor
    Arthur L. Moller Chair in Bankruptcy Law

The University of Texas at Austin Law School
727 East Dean Keeton Street
Austin, Texas 78705
512.232.1311

**Therese Menzia** a/n/f Z. M.-D.
2011 East 6th St Apt #2204
Austin, Texas 78702
(737) 708-0839
francineb16@yahoo.fr
This family will speak to the fact their child was a victim of race based bullying, harassment and assaults but the School District's Title VI Coordinator never became involved or investigated the assaults, as required by federal law, rules and local School Board Policies & Procedures.

**Kelly Land & Aaron Baldonado** a/n/f for E.B.
2630 Nova Park Ct.
Rockwall, Texas 75087
512-573-9435
kland87@gmail.com [Email]
This family will speak to the fact their child was a victim of sexual assault at the AISD but the School District's Title IX Coordinator never became involved or investigated the assaults, as required by federal law, rules and local School Board Policies & Procedures.

**Christina Villareal & Leonard Barba** a/n/f J.B.
4507 Sarasota Drive
Austin, Texas 78749
atxgrl77@gmail.com [Email]
This family will speak to the fact their child was a victim of sexual assault at the AISD but the School District's Title IX Coordinator never became involved or investigated the assaults, as required by federal law, rules and local School Board Policies & Procedures.

**Javier, Gabriela** a/n/f C.C.
201 44th Street
Horseshoe Bay, Texas 78657
jjcastrotx@aol.com [Email]
smithcastro@aol.com [Email]
This family will speak to the fact their child was a victim of sexual assault at the AISD but the School District's Title IX Coordinator never became involved or investigated the assaults, as required by federal law, rules and local School Board Policies & Procedures.

**Monica Gomez** a/n/f M.T.
670 Louis Henna Blvd #901
Round Rock, Texas,
(737) 217-1447

monicagomez161@gmail.com [Email]
This family will speak to the fact their child, who has special needs, was assaulted by a school teacher and nevertheless the School District's Section 504 Coordinator never became involved or investigated the assaults, as required by federal law, rules and local School Board Policies & Procedures.

**Josef & Jennifer Merrill** a/n/f E.M.
2617 Bear Springs Trail
Austin, Texas 78748
(512) 817-9007
josefmerrill@gmail.com [Email]
This family will speak to the fact their child was a victim of bullying and harassment based upon sex and the School District's Title IX Coordinator never became involved or investigated the assaults, as required by federal law, rules and local School Board Policies & Procedures.

**Chad & Angie Wagner** a/n/f M.W.
4917 Calhoun Canyon Loop
Austin, Texas 78735
(512) 789-7998
anghwag@gmail.com [Email]
This family will speak to the fact their child, who has special needs, was assaulted by a school teacher and nevertheless the School District's Section 504 Coordinator never became involved or investigated the assaults, as required by federal law, rules and local School Board Policies & Procedures.

**Latha Natarajan** a/n/f P.R.
3139 Silkgrass Bend
Austin, TX 78748
(512) 962-3275
lathanata7608@gmail.com [Email]
This family will speak to the fact their child, who has special needs, was assaulted by a school teacher and nevertheless the School District's Section 504 Coordinator never became involved or investigated the assaults, as required by federal law, rules and local School Board Policies & Procedures.

**Leah Kelly** a/n/f H.L.K.
Austin, Texas
(512) 815-7730
leahkelly512@gmail.com [Email]
This family will speak to the fact their child, who has special needs, was bullied and harassed at school but nevertheless the School District's Section 504 Coordinator never became involved or investigated the bullying and harassment, as required by federal law, rules and local School Board Policies & Procedures.

**Ciara Collins** a/n/f M.C.
Austin, Texas
(512) 243-6936
cichco@gmail.com [Email]
This family will speak to the fact their child, who has special needs, was bullied and harassed at school but nevertheless the School District's Section 504 Coordinator never became involved or investigated the bullying and harassment, as required by federal law, rules and local School Board Policies & Procedures.

5. **Treatment:**

   **Manuel Martin, M.D.**
   South Austin Medical Clinic
   *(including custodian of records and custodian of billing)*
   2555 Western Trails Blvd #106
   Austin, Texas 78745

6. **Additional Rebuttal:**

   Plaintiff reserves the right to call undesignated, rebuttal witnesses, as allowed by law.

7. **Attorneys  (*attorneys have agreed to submit attorney fee testimony via affidavit post verdict, if necessary*):**

   a. **Martin Cirkiel**
   b. **Anthony O'Hanlon**
   c. **Jonathan Brush**
   d. **Amy Demmler**

### III. DESIGNATED DEPOSITION TESTIMONY

If needed, Plaintiff reserves the right to present the following deposition testimony.

1. **Dr. Paul Cruz**  (June 26, 2020)

    | Page | Lines |
    |---|---|
    | 9 | 7-15, 21 – 25 |
    | 10 | 1-21 |
    | 11 | 8-10 |
    | 13 | 2-25 |
    | 14 | 17-25 |
    | 15 | 1-24 |
    | 16 | 6-15 |
    | 18 | 13-25 |
    | 19 | 15-22 |
    | 22 | 11-20,25 |
    | 23 | 1-8, 14-19 |
    | 25 | 22-25 |
    | 26 | 1-7, 11-12 |
    | 27 | 2-15 |

2. **Dr. Craig Shapiro** (May 18, 2020)

    | Page | Lines |
    |---|---|
    | 5 | 7-8 |
    | 12 | 25 |
    | 13 | 1-9, 13-17 |
    | 16 | 21-25 |
    | 17 | 1-12 |
    | 21 | 4-13 |
    | 25 | 13-17 |
    | 26 | 5-10, 18-25 |
    | 27 | 1-20 |
    | 33 | 15-17, 21-25 |
    | 35 | 24-25 |
    | 36 | 1-19 |
    | 37 | 3-25 |
    | 38 | 1, 10-25 |
    | 39 | 1-8 |
    | 40 | 21-25 |
    | 41 | 1-10, 18-25 |
    | 42 | 1-10 |
    | 50 | 3-7 |
    | 51 | 7-8 |
    | 52 | 14-19, 22-25 |
    | 53 | 1-3, 14-16, 20-25 |
    | 54 | 1-9 |
    | 55 | 8-13, 22-25 |

| | |
|---|---|
| **56** | **1-10, 24-25** |
| **57** | **1-2, 23-25** |
| **58** | **1-8, 20-24** |
| **61** | **9-15, 19** |
| **62** | **6-18** |
| **64** | **21-22** |
| **68** | **11-16** |

Respectfully submitted,

*/s/ ANTHONY O'HANLON*
**Anthony O'Hanlon**
**Anthony O'Hanlon, P.C.**
State Bar No. 15235520
Federal ID: 3122684
Attorney and Counselor at Law
Anthony O'Hanlon, P.C.
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133 (telephone)
(903) 957-4302 (fax)
aohanlon@somlaw.net
**ATTORNEY FOR PLAINTIFFS**

**Martin Cirkiel**
**CIRKIEL & ASSOCIATES, P.C.**
State Bar No. 00783829
Fed. ID # 21488
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2020, I hereby certify that a true and correct copy of the above and foregoing document has been electronically served on all counsel of record.

*/s/ Anthony O'Hanlon*
Anthony O'Hanlon