IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| CAMRON SNEED, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | C.A. NO.: 1:19-cv-608 |
| | § | Jury Trial |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S EXPECTED TRIAL EXHIBIT LIST

Plaintiff, Camron Sneed, submits the following list of trial exhibits. Plaintiff reserves the right to amend or supplement this list, or withdraw any exhibit listed.

| EX. NO. | DESCRIPTION | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|
| | **I.     PLAINTIFF'S EXPECTED EXHIBIT LIST** | | | |
| P-1 | Dec. 16, 2016 FFA Meeting with Ms. Leos and Mr. Trevino (Def. MSJ. Ex. 16); | | | |
| P-2 | Dec. 12, 2017 Service Tracking Record for William Gamblin (Def. MSJ Exh. 22); | | | |
| P-3 | Dec. 2017, Emails (McGraw/Robinson) Regarding "Racial Slurs" (Def. MSJ Exh. 23); | | | |
| P-4 | 2017/2018 Bowie HS Barn Rules, Ms. Fisher and Dickinson | | | |

| EX. NO. | DESCRIPTION | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|
|  | (Def. MSJ Exh. 24); |  |  |  |
| P-5 | May 9, 2018 Letter To FFA Parents from D. Shapiro (Def. MSJ Exh. 25); |  |  |  |
| P-6 | April 10, 2018 FFA Alumni Board Meeting (Def. MSJ Exh. 26); |  |  |  |
| P-7 | Spring 2018 emails (Reeves, Hendrix, Robinson) "cultural awareness" (AISD 464-465) (Def. MSJ Exh. 27); |  |  |  |
| P-8 | April 2018, Emails From Mrs. Parks-Sneed To Dr. Cruz (racial bullying) (Def. MSJ Exh. 28); |  |  |  |
| P-9 | April 2018, Emails from Jacob Reach Re: Meeting (Def. MSJ Exh. 29); |  |  |  |
| P-10 | April 2018, Emails To/From Robinson re: FFA conduct at banquet (Def. MSJ Exh. 30); |  |  |  |
| P-11 | April 2018 emails with Rosa Palacios (AISD Exec. Asst. to Dr. Cruz) (Sneed 133-141) |  |  |  |
| P-12 | May 2018 emails with Jacob Reach (AISD) (Sneed 206) |  |  |  |
| P-13 | May 2018 emails to Mr. Robinson (Sneed 230-231) |  |  |  |
| P-14 | May 2018 emails with Rosa Palacios, Dr. Shapiro, Mark Robinson (Sneed 327-242) |  |  |  |
| P-15 | May 2018 emails with Rosa Palacios (Sneed 286-288) |  |  |  |
| P-16 | May 23, 2018 email to Robinson/Shapiro (racism "norm") (AISD 078 – 082). |  |  |  |
| P-17 | October 2018 emails re: Yasmin Wagner (AISD Board of Trustees) (AISD 021-24) |  |  |  |
| P-18 | Sass-quatch Award (Def. MSJ Ex. 13); |  |  |  |
| P-19 | DWQ Better Path Counseling and Consulting, PLLC (treatment records) (**redacted**) |  |  |  |
| P-20 | DWQ Better Path Counseling and Consulting, PLLC (billing records)(**redacted**) |  |  |  |
| P-21 | DWQ Glasshouse Effect Psychotherapy (treatment records)(**redacted**) |  |  |  |
| P-22 | DWQ Glasshouse Effect Psychotherapy (billing |  |  |  |

| EX. NO. | DESCRIPTION | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|
|  | records)(**redacted**) |  |  |  |
| P-23 | School Board Policy FFH (REGULATION) FREEDOM FROM DISCRIMINATION, HARASSMENT AND RETALIATION (D MSJ Ex. 8, Pl. Ex. D); |  |  |  |
| P-24 | School Board Policy FFH (LEGAL); FREEDOM FROM DISCRIMINATION, HARASSMENT AND RETALIATION (Pl. Exh. B); |  |  |  |
| P-25 | School Board Policy FFH (LOCAL); FREEDOM FROM DISCRIMINATION, HARASSMENT AND RETALIATION (Pl. Exh. C); |  |  |  |
| P-26 | School Board Policy FFH (EXHIBIT); FREEDOM FROM DISCRIMINATION, HARASSMENT AND RETALIATION (Pl. Exh. E); |  |  |  |
| P-27 | *Dear Colleague Letter,* U.S. Department of Education, *Office of Civil Rights* (July 25, 2000). |  |  |  |
| P-28 | *Dear Colleague Letter*, U.S. Department of Education, *Office Of Civil Rights* (October 26, 2010); |  |  |  |
| P-29 | Clarifying Letter from US Department of Education (October 26, 2010); |  |  |  |
| P-30 | Guiding Principles- *A Resource Guide For Improving School Climate And Discipline,* U.S. Department of Education, January 2014; |  |  |  |
| P-31 | Department of Education, Racial Incidents and Harassment Against Students at Educational Institutions, 59 Fed. Reg. 11448 (1994). |  |  |  |
| P-32 | Guidelines On Bullying, Texas Association Of School Boards (2008); |  |  |  |
| P-33 | Guidelines On Bullying, Texas Association Of School Boards (2012); |  |  |  |
|  | **II.  PLAINTIFF MAY OFFER** |  |  |  |
| P-34 | Dr. Craig Shapiro Deposition (D MSJ Ex. 6); |  |  |  |
| P-35 | Dr. Cruz Deposition (Pl. Supp., Exh. 1); |  |  |  |

| EX. NO. | DESCRIPTION | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|
| P-36 | Camryn Sneed Deposition (D MSJ Ex. 1); | | | |
| P-37 | Charles Sneed Deposition (D MSJ Ex. 2); | | | |
| P-38 | Pamela-Parker Sneed Deposition (D MSJ Ex. 3); | | | |
| P-39 | Mark Robinson Deposition (D MSJ Ex. 4); | | | |
| P-40 | Susan Leos Deposition (D MSJ Ex. 5); | | | |
| P-41 | Mark Robinson, Declaration (D MSJ Ex. 7); | | | |
| P-42 | Susan Leos Declaration (D MSJ Ex. 10); | | | |
| P-43 | Oct. 2017 Police Report (Def. MSJ Ex. 20); | | | |
| P-44 | Officer Stephanie Kirkov, Declaration (Def. MSJ Ex. 14); | | | |
| P-45 | Amber Dickinson, Declaration (Def. MSJ Ex. 17); | | | |
| P-46 | Shelby Stephens, Declaration (Def. MSJ Ex. 18); | | | |
| P-47 | Oct. 2017 Farm Concerns (Def. MSJ Ex. 19); | | | |
| P-48 | May 4, 2018, Meeting To Discuss FFA (Def. MSJ Exh. 31); | | | |
| P-49 | 5/22/18 Summary of Incident (De La Rosa to Robinson) (Def. MSJ Exh. 32) | | | |
| P-50 | September 15, 2018 APD Report about criminal mischief on farm (Def. MSJ Exh. 35); | | | |
| P-51 | Follow Up Emails on APD Report (Def. MSJ Exh. 36); | | | |
| P-52 | Emails To Kylee Rhorer on farm incident (Def. MSJ Exh. 37); | | | |
| P-53 | Emails re: Kylee Rhorer on farm incident (Def. MSJ Exh. 38); | | | |
| P-54 | Oct. 22, 2018 emails from Officer Kirkov on farm incidents (Def. MSJ Exh. 39); | | | |
| P-55 | DWQ South Austin Medical Clinic (treatment records) | | | |
| P-56 | December 2016 emails with Leos/Shapiro (Sneed 9-13) | | | |
| P-57 | October 2017 emails with Robinson (Sneed 56-60) | | | |
| P-58 | October 2017 emails with Leos/Shapiro (Sneed 74-77) | | | |
| P-59 | April 2018 emails with Traci Hendrix (AISD CTE Coordinator) (Sneed 116-120) | | | |

| EX. NO. | DESCRIPTION | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|
| P-60 | May 2018 emails with Mr. Robinson (Sneed 255-258) | | | |
| P-61 | 10/25/17 Meeting with Mr. Robinson (Sneed 394-396) | | | |
| P-62 | List of Ag problems including "racial slurs" (Sneed 401) | | | |
| P-63 | (AISD 967) – Diagram of James Bowie High School | | | |
| P-64 | Camron's education file (AISD production) | | | |
| P-65 | Plaintiff reserves the right to introduce any portion of documents produced in Discovery/Disclosure by the parties | | | |
| P-66 | Plaintiff reserves the right to introduce other exhibits for purposes of cross examination and/or impeachment. | | | |
| | | | | |

Respectfully submitted,

*/s/ ANTHONY O'HANLON*
**Anthony O'Hanlon**
**Anthony O'Hanlon, P.C.**
State Bar No. 15235520
Federal ID: 3122684
Attorney and Counselor at Law
Anthony O'Hanlon, P.C.
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133 (telephone)
(903) 957-4302 (fax)
aohanlon@somlaw.net
**ATTORNEY FOR PLAINTIFFS**

**Martin Cirkiel**
**CIRKIEL & ASSOCIATES, P.C.**

>State Bar No. 00783829
>Fed. ID # 21488
>1901 E. Palm Valley Blvd.
>Round Rock, Texas 78664
>(512) 244-6658 [Telephone]
>(512) 244-6014 [Facsimile]
>marty@cirkielaw.com
>**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 13, 2020, I hereby certify that a true and correct copy of the above and foregoing document has been electronically served on all counsel of record.

>*/s/ Anthony O'Hanlon*
>Anthony O'Hanlon