IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CAMRON SNEED,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | **C.A. NO.: 1:19-cv-608** |
| | § | **Jury Trial** |
| **AUSTIN INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| | § | |
| *Defendant*. | § | |

### AUSTIN INDEPENDENT SCHOOL DISTRICT'S TRIAL WITNESS LIST

Pursuant to Local Rule CV-16(e)(5) Austin Independent School District (AISD) serves its Trial Witness List as follows:

A. The District may call the following individuals in support of its defense against Plaintiff's claims. The following individuals can be contacted through counsel for the District, Mr. Jonathan Brush and Ms. Amy Demmler, at 713-960-6000, 5718 Westheimer Road, Suite 1200, Houston, Texas, 77057.

    1. Mark Robinson – to be called;

    2. Susan Leos – to be called;

    3. Stephanie McGraw – to be called if the need arises;

    4. Ryan Thomas – to be called;

    5. Anthony Reid Paxton – to be called if the need arises; and

    6. Amber Dickinson – to be called.

B. The District may also call the following individuals in support of its defenses against Plaintiff's claims:

1. Vincent Trevino – to be called if the need arises; 1309 Thompson Street, Taylor, Texas, 76574; 512-595-4143;

2. Larry Britton – to be called if the need arises; 17307 Marfa Lights Trail, Round Rock, Texas, 78664; 512-670-9920;

3. Brad Pierce – to be called; 5304 Dry Wells Road, Austin, Texas, 78749; 512-736-6691;

4. Tiffany Black – to be called if the need arises; 315 Thomas Oaks Drive, Wimberley, Texas, 78676; 512-431-3924;

5. Shelby Stephens – to be called; 211 River Bow Drive, Georgetown, Texas 78628; 512-590-2899;

6. Lauren Aman – (Band Student) to be called if the need arises; and

7. Jonathan Hugo – (Band Student) to be called if the need arises.

C. AISD reserves the right to elicit testimony by cross-examination of witnesses designated or called to testify at trial by Plaintiff. AISD may not call these witnesses in the order listed above. AISD further reserves the right to call rebuttal or impeaching witnesses, the necessity of whose testimony cannot be anticipated at this time, if the need arises.

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.

*/s/ Jonathan G. Brush*
_____
JONATHAN G. BRUSH
State Bar No. 24045576
Federal I.D. No. 619970
Email: jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Federal I.D. No. 3227731
Email: ademmler@rmgllp.com
ROGERS, MORRIS & GROVER, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas  77057
Telephone:   713/960-6000
Facsimile:    713/960-6025

ATTORNEYS FOR AUSTIN ISD

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin J. Cirkiel
(*Via Email:* marty@cirkielaw.com)

Anthony O'Hanlon
(*Via Email:* anthony@ohanlonlaw.net)

_____
Attorney for AISD