IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CAMRON SNEED,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | **C.A. NO.: 1:19-cv-608** |
| | § | **Jury Trial** |
| **AUSTIN INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| | § | |
| *Defendant*. | § | |

## AUSTIN INDEPENDENT SCHOOL DISTRICT'S
## TRIAL EXHIBIT LIST

Austin Independent School District (AISD) submits the following list of trial exhibits. AISD reserves the right to amend or supplement this list, or withdraw any exhibit listed.

| EX. NO. | DESCRIPTION | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|
| D-1 | Camron Sneed's Educational Record | | | |
| D-2 | Board Policy FFH Legal | | | |
| D-3 | Board Policy FFH Local | | | |
| D-4 | Board Policy FFH Regulation | | | |
| D-5 | Email "Conference Request," SNEED/AISD10-13 | | | |

| EX. NO. | DESCRIPTION | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|
| D-6 | Email "Important Information – Notes from Special Meeting with Mr. Trevino and Ms. Leos," SNEED/AISD14-16 | | | |
| D-7 | Email "Multicultural Awareness Club (From a parent, very interesting dialogue) FYI: MCAC was organized at Bowie, 1990," Bates AISD448-449 [May offer if the need arises] | | | |
| D-8 | Email "No Place for Hate designation for 2016-2017," AISD571 [May offer if the need arises] | | | |
| D-9 | Email "Bowie HS," AISD46-48 [May offer if the need arises] | | | |

AISD contends the trial should be narrowed to the three remaining factual incidents left undismissed by this Court, whereas Plaintiff believes she should be able to produce evidence of other behavior or conduct outside of the three remaining incidents. As the parties disagree over the scope of the trial, it is impossible for AISD to identify all exhibits that may be necessary, as it depends on the evidence and testimony the Court allows Plaintiff to present. As such, AISD reserves the right to supplement this list and introduce documents into evidence for rebuttal or for impeachment purposes, the necessity of which cannot reasonably be anticipated before a hearing on the parties' pretrial motions is held or at the trial of this matter. AISD further reserves the right to use exhibits designated or proferred at trial by Plaintiff; however, AISD reserves the right to challenge the admissibility of Plaintiff's proffered exhibits.

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.

_____
JONATHAN G. BRUSH
State Bar No. 24045576
Federal I.D. No. 619970
Email: jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Federal I.D. No. 3227731
Email: ademmler@rmgllp.com
ROGERS, MORRIS & GROVER, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas  77057
Telephone:   713/960-6000
Facsimile:    713/960-6025

ATTORNEYS FOR AUSTIN ISD

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin J. Cirkiel
(*Via Email:* marty@cirkielaw.com)

Anthony O'Hanlon
(*Via Email:* anthony@ohanlonlaw.net)

_____
Attorney for AISD