IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CAMRON SNEED,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| § | |
| v. § | **C.A. NO.: 1:19-cv-608** |
| § | **Jury Trial** |
| **AUSTIN INDEPENDENT** § | |
| **SCHOOL DISTRICT,** § | |
| § | |
| *Defendant*. § | |

## AUSTIN INDEPENDENT SCHOOL DISTRICT'S STATEMENT OF DEFENSES

Pursuant to Local Rule CV-16(e)(2), Austin ISD submits the following statement of defenses to be used by the Court in conducting voir dire:

Although Ms. Sneed alleges that her rights were violated due to racially-charged harassment she claims she endured while a student at James Bowie High School, Austin ISD contends that its administrators strive to uphold and instill values of inclusivity at all schools, including Bowie High. Austin ISD maintains that it acted appropriately and swiftly to any racially-charged conduct Ms. Sneed reported and, therefore, did not violate Ms. Sneed's right to be free from discrimination based on her race. Austin ISD further maintains that it had no knowledge of any racial graffiti Ms. Sneed contends she saw on the Bowie High campus and, thus, had no duty to respond to Ms. Sneed's unexpressed concerns.

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.

_____
JONATHAN G. BRUSH
State Bar No. 24045576
Federal I.D. No. 619970
Email: jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Federal I.D. No. 3227731
Email: ademmler@rmgllp.com
ROGERS, MORRIS & GROVER, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas  77057
Telephone:   713/960-6000
Facsimile:   713/960-6025

ATTORNEYS FOR AUSTIN ISD

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin J. Cirkiel
*(Via Email:* marty@cirkielaw.com)

Anthony O'Hanlon
*(Via Email:* anthony@ohanlonlaw.net)

_____
Attorney for AISD