IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CHARLES E. SNEED, SR., PAMELA J. §
PARKS, and CAMRON SNEED, §
        *Plaintiffs,* §
§
V. § CIVIL NO: 1:19-CV-608-LY
§
AUSTIN INDEPENDENT SCHOOL §
DISTRICT, §
        *Defendant.* §

## ORDER

IT IS ORDERED the above the entitled numbered and case is set for Bench Trial on **Monday, December 7, 2020, at 9:30 AM**, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED this matter is set for a telephone conference with the parties on **Tuesday, November 17, 2020, at 9:30 AM**. Counsel for the parties shall call the chambers conference line at (877) 873-8017, access code 7996289.

IT IS FINALLY ORDERED that the parties file proposed findings of fact and conclusions of law on or before **November 10, 2020.**

SIGNED this 3rd day of November, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE