IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CAMRON SNEED,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | C.A. NO.: 1:19-cv-608 |
| | § | |
| **AUSTIN INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

## AUSTIN INDEPENDENT SCHOOL DISTRICT AND CAMRON SNEED'S JOINT AGREED EXHIBITS

Austin Independent School District and Camron Sneed file their Joint Agreed Exhibits and agree to the admission of the following exhibits at trial:

1. Email Correspondence – Dec. 21, 2016 – "Important Information – Notes from Special Meeting with Mr. Trevino and Ms. Leos" – AISD MSJ Exh. 16.

2. Sass-quatch Award – AISD MSJ Exh. 13.

3. AISD Board Policies FFH (Legal, Local, Regulation, Exhibit) – AISD MSJ Exh. 8; Sneed's MSJ Exhs. B-E.

4. Camron Sneed's Educational Record – High School (Redacted) – AISD1126-1149, 1156-1158, 1161-1187, 1189-1198, 1200-1226, 1232.

5. Email Correspondence – Dec. 16, 2016 – "Re: Conference Request"- SNEED10-13.

6. Email Correspondence – Sept. 6, 2016 – "Bowie HS" – AISD46-48

7.　　Email Correspondence – Apr. 25, 2018 – "Multicultural Awareness Club (From a parent, very interesting dialogue FYI: MCAC was organized at Bowie, 1990" – AISD448-449.

8.　　Email Correspondence – Apr. 21, 2017 – "No Place for Hate designation for 2016-2017" – AISD571.

9.　　Billing and Medical Records from Better Path Counseling and Consulting, PLLC (Redacted) – AISD MSJ Exh. 48.

10.　　Billing and Medical Records from Glasshouse Effect Psychotherapy (Redacted) – AISD MSJ Exh. 49.

AGREED:

| ROGERS, MORRIS & GROVER, L.L.P. | CIRKIEL & ASSOCS., P.C. |
|---|---|
| */s/ Jonathan G. Brush* | /s/ Anthony O'Hanlon |
| _____ | By permission Amy Demmler |
| JONATHAN G. BRUSH | _____ |
| State Bar No. 24045576 | Martin J. Cirkiel, Esq. |
| Federal I.D. No. 619970 | State Bar No. 00783829 |
| jbrush@rmgllp.com | Federal I.D. No. 21488 |
| AMY DEMMLER | Email: marty@cirkielaw.com |
| State Bar No. 24092337 | 1901 E. Palm Valley Boulevard |
| Federal I.D. No. 3227731 | Round Rock, Texas 78664 |
| ademmler@rmgllp.com | Telephone: 512/244-6658 |
| Rogers, Morris & Grover, L.L.P. | Facsimile: 512/244-6014 |
| 5718 Westheimer, Suite 1200 | |
| Houston, Texas  77057 | Anthony O'Hanlon, Esq. |
| Telephone:    713/960-6000 | Anthony O'Hanlon, P.C. |
| Facsimile:    713/960-6025 | State Bar No.  15235520 |
| | 111 South Travis Street |
| | Sherman, Texas 75090 |
| ATTORNEYS FOR AISD | Telephone: (903) 892-9133 |
| | Facsimile: (903) 957-4302 |
| | |
| | ATTORNEYS FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin J. Cirkiel
*(Via Email:* marty@cirkielaw.com)

Anthony O'Hanlon
(*Via Email:* anthony@ohanlonlaw.net)

_____
Attorney for AISD