IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAMRON SNEED, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § C.A. NO.: 1:19-cv-608 |
| | § |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, | § |
| | § |
| *Defendant*. | § |

### AUSTIN INDEPENDENT SCHOOL DISTRICT AND CAMRON SNEED'S AMENDED JOINT AGREED EXHIBITS

Austin Independent School District and Camron Sneed file their Amended Joint Agreed Exhibits and agree to the admission of the following exhibits at trial:

1. Email Correspondence – Dec. 21, 2016 – "Important Information – Notes from Special Meeting with Mr. Trevino and Ms. Leos" – AISD MSJ Exh. 16.

2. Sass-quatch Award – AISD MSJ Exh. 13.

3. AISD Board Policies FFH (Legal, Local, Regulation, Exhibit) – AISD MSJ Exh. 8; Sneed's MSJ Exhs. B-E.

4. Camron Sneed's Educational Record – High School (Redacted) – AISD1126-1149, 1156-1158, 1161-1187, 1189-1192.

5. Camron Sneed's Educational Record – High School (Redacted) (continued) – AISD1193-1198, 1200-1222.

6.	Camron Sneed's Educational Record – High School (Redacted) (continued) – AISD1223-1226, 1232.

7.	Email Correspondence – Dec. 16, 2016 – "Re: Conference Request"- SNEED10-13.

8.	Email Correspondence – Sept. 6, 2016 – "Bowie HS" – AISD46-48

9.	Email Correspondence – Apr. 25, 2018 – "Multicultural Awareness Club (From a parent, very interesting dialogue FYI: MCAC was organized at Bowie, 1990" – AISD448-449.

10.	Email Correspondence – Apr. 21, 2017 – "No Place for Hate designation for 2016-2017" – AISD571.

11.	Billing and Medical Records from Better Path Counseling and Consulting, PLLC (Redacted) – AISD MSJ Exh. 48.

12.	Billing and Medical Records from Glasshouse Effect Psychotherapy (Redacted) – AISD MSJ Exh. 49.

13.	Email Correspondence – "Conference Request" – AISD41.

14.	Email Correspondence – "Incident Regarding Racial Slurs" – AISD38-40, 91, 442-47.

15.	W.G. Discipline Referral – AISD980.

16.	H.M. Discipline Records – AISD537-539.

17.	J.D. Discipline Referral – AISD974.

18.	Bowie HS Barn Rules and Contract 2017-2018 & 2016-2017 Farm Reminders – AISD246-251, 758.

19. Bowie FFA Handbook 2019-2020 – AISD1040-1089.

20. Bowie FFA Officer Handbook 2019-2020 – AISD1090-1116.

21. Email Correspondence – "Concerns" – SNEED107-111.

22. Email Correspondence – "FOLLOW-UP: phone conversation (Bowie HS ag program)" – SNEED116-120, 136-137, 171-180, 280-281, 194-203.

23. FFA Alumni Board Meeting Powerpoint – AISD698-703.

24. Various Email Correspondence between Ms. Parks and Ms. Palacios and Dr. Reach – "Request for Meeting (Confidential)" – AISD1-15.

25. Email Correspondence – "Meeting Invite for 04/25/18" – AISD16-17.

26. Email Correspondence – "INFO: ag program conversation" – AISD464-465.

27. Email Correspondence – "Bowie FFA Banquet" – SNEED230-234, 237-240.

28. Email Correspondence – "Summary of Incident" – AISD259.

29. Email Correspondence – "Phone Conversation Follow Up" – AISD76-83.

30. Mark Robinson Notes from 9.13.18 and 10.4.18 – AISD97.

31. Email Correspondence – "Follow up – inappropriate behavior & picture & CTW" – AISD84-85.

32. Email Correspondence – "Urgent" – AISD285-287.

33. Austin ISD PD Report 18-002103 – AISD227-245.

34. Email Correspondence – "Camron Sneed" – AISD21-24, 436-441.

35. Summary of District Responses by Susan Leos – AISD292-305.

36. Email Correspondence – "Complaint" – AISD63-64.

37. Austin ISD PD Report 19-000220 – AISD608-618.

38. Email Correspondence – "Bowie Farm Concerns" – SNEED50-54, AISD30-32.

39. Email Correspondence – "Meeting with Mr. Robinson" – SNEED61-64.

40. Email Correspondence – "Follow up Re: Meeting with Mark Robinson" – SNEED25-40.

41. Email Correspondence – "Email Confirmation" – SNEED41-42.

42. Email Correspondence – "Ag Farm" – AISD290-291.

43. Email Correspondence – "Follow Up to Initial 'Farm Concerns' Email on 10/16/17" – SNEED55-60, AISD33-34.

44. Email Correspondence – "FFA Alumni Board & Bowie Ag Meeting for 3 pm on Monday, October 30" – SNEED71-75.

AGREED:

| ROGERS, MORRIS & GROVER, L.L.P. | CIRKIEL & ASSOCS., P.C. |
|---|---|

_____

JONATHAN G. BRUSH
State Bar No. 24045576
Federal I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Federal I.D. No. 3227731
ademmler@rmgllp.com
Rogers, Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas  77057
Telephone:    713/960-6000
Facsimile:     713/960-6025

ATTORNEYS FOR AISD

/s/ Anthony O'Hanlon
By permission Amy Demmler
_____

Martin J. Cirkiel, Esq.
State Bar No.  00783829
Federal I.D. No.  21488
Email: marty@cirkielaw.com
1901 E. Palm Valley Boulevard
Round Rock, Texas 78664
Telephone: 512/244-6658
Facsimile: 512/244-6014

Anthony O'Hanlon, Esq.
Anthony O'Hanlon, P.C.
State Bar No.  15235520
111 South Travis Street
Sherman, Texas 75090
Telephone: (903) 892-9133
Facsimile: (903) 957-4302

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin J. Cirkiel
*(Via Email:* marty@cirkielaw.com)

Anthony O'Hanlon
(*Via Email:* anthony@ohanlonlaw.net)

_____
Attorney for AISD