IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CAMRON SNEED,** | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | C.A. NO.: 1:19-cv-608 |
| | § | Jury Trial |
| **AUSTIN INDEPENDENT SCHOOL DISTRICT,** | § § § | |
| *Defendant.* | § | |

**PLAINTIFF'S PROFFER OF DEPOSITION EXCERPTS (CRUZ and SHAPIRO)**

Plaintiff proffers the following excerpts from the deposition transcripts of Dr. Paul Cruz and Dr. Craig Shapiro, and shows as follows:

A. Deposition of Dr. Paul Cruz (taken June 26, 2020)

Page 5 Lines 1-6

Page 8 Lines 21-22 -  Page 9 Lines 3-25

Page 10 Lines 1-21

Page 11 Lines 8-10

Page 13 Lines 2-19

Page 14 Lines 17-25

Page 15 Lines 1-24

Page 16 Lines 2-15

Page 18 Lines 13-25

Page 19 Lines 15-22

Page 21 Lines 11-15 ; 18-25

Page 22 Lines 1-20; 25

Page 23 Lines 1-8; 14-19

Page 25 Lines 16-25

Page 26 Lines 1-7; 11-12; 23-25

Page 27 Lines 1-15

Page 42 Lines 18-21; 25

Page 43 Lines 1-15


      B. Deposition of Dr. Craig Shapiro (taken May 18, 2020)

Page 5 Lines 7-8

Page 12 Lines 15-25

Page 13 Lines 1-9; 13-17

Page 16 Lines 21-25

Page 17 Lines 1-12

Page 21 Lines 4-13

Page 25 Lines 13-17

Page 26 Lines 7-10; 18-25

Page 27 Lines 1-20

PLAINTIFF'S PROFFER OF DEPO EXCERPTS

Page 33 Lines 15-17; 21-25

Page 35 Lines 24-25

Page 36 Lines 1-19

Page 37 Lines 3-25

Page 38 Lines 1; 10-25

Page 39 Lines 1-8

Page 40 Lines 21-25

Page 41 Lines 1-10; 18-25

Page 42 Lines 1-10

Page 50 Lines 3-7

Page 51 Lines 7-8

Page 52 Lines 14-19; 22-25

Page 53 Lines 1-3; 14-16; 20-25

Page 54 Lines 1-9

Page 55 Lines 8-13; 22-25

Page 56 Lines 1-10; 24-25

Page 57 Lines 1-2; 23-25

Page 58 Lines 1-8; 20-24

Page 61 Lines 9-15; 19

Page 62 Lines 6-18

Page 64 Lines 19-22

Wherefore, premises considered, Plaintiff submits these proposed Conclusions of Law set out herein. Plaintiff requests such other relief to which she may entitled at law, or in equity.

Respectfully submitted,

*/s/ ANTHONY O'HANLON*
**Anthony O'Hanlon**
**Anthony O'Hanlon, P.C.**
State Bar No. 15235520
Federal ID: 3122684
Attorney and Counselor at Law
Anthony O'Hanlon, P.C.
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133 (telephone)
(903) 957-4302 (fax)
aohanlon@somlaw.net
**ATTORNEY FOR PLAINTIFFS**

**Martin Cirkiel**
**CIRKIEL & ASSOCIATES, P.C.**
State Bar No. 00783829
Fed. ID # 21488
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 4, 2020, I hereby certify that a true and correct copy of the above and foregoing document has been electronically served on all counsel of record.

                                        ***/s/ Anthony O'Hanlon***
                                         Anthony O'Hanlon

PLAINTIFF'S PROFFER OF DEPO EXCERPTS