UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAMRON SNEED | § | |
| | § | CIVIL NO: |
| vs. | § | 1:19-CV-00608-LY |
| | § | |
| AUSTIN INDEPENDENT SCHOOL DISTRICT | § § | |

## LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. Pamela Parks | 1. Paulette Watts |
| 2. Dr. Paul Cruz, by Deposition | 2. Brad Pierce |
| 3. Dr. Craig Shapiro, by Deposition | 3. Tiffany Black |
| 4. Susan Leos | 4. Shelby Stephens |
| 5. Mark Robinson | 5. Amber Dickinson |
| 6. Stephanie Parker | 6. |
| 7. Brandon Parker | 7. |
| 8. Camron Sneed | 8. |
| 9. | 9. |
| 10. | 10. |