IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAMRON SNEED, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:19-CV-608-LY |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

On this date, the court held that Defendant Austin Independent School District ("AISD") did not act with deliberate indifference with regard to Plaintiff Camron Sneed's Title VI claims connected to (1) the receipt of the "Sass-quatch" band award in Spring 2017; (2) racial slurs used by Future Farmers of America ("FFA") students at school; and (3) racial-slur graffiti inside a campus bathroom and at the FFA farm.  As nothing remains to be resolved, the court renders Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  Accordingly,

**IT IS ORDERED** that Sneed shall **TAKE NOTHING** by her claims against AISD.

**IT IS FURTHER ORDERED** that AISD is awarded costs of court.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 28th day of July, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE