# UNITED STATES DISTRICT COURT

for the

Western District of Texas

CAMRON SNEED

)
)

v.

)

Case No.:  1:19-CV-608

)

AUSTIN INDEPENDENT SCHOOL DISTRICT

)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____07/28/2021_____ against _____Plaintiff_____ ,
                                                                                  *Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $ _____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .    5,839.85

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    0.00

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .    _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4,759.53

TOTAL    $ ____10,599.38____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service                ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:    /s/ Amy Demmler

Name of Attorney:  Amy Demmler

For: _____Defendant Austin Independent School District_____    Date:  8/10/21
                        *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By:  _____    _____
        *Clerk of Court*                              *Deputy Clerk*                              *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

## RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

## RULE 58(e)

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT
## BILL OF COSTS ITEMIZATION
## CAMRON SNEED v. AUSTIN INDEPENDENT SCHOOL DISTRICT
## C. A. NO. 1:19-CV-608

<u>Fees of the Court Reporter for all or any part of the transcript necessarily obtained for use in the case</u>:

| | |
|---|---:|
| Deposition transcript of C.S. | 1,589.25 |
| Video Services for Deposition of C.S. | 1,285.00 |
| Deposition transcript of Craig Shapiro | 470.45 |
| Deposition transcript of Susan Leos | 386.50 |
| Deposition transcript of Pamela Parks | 1,578.85 |
| Video Services for Deposition of Pamela Parks | 1,225.00 |
| Deposition transcript of Charles Sneed | 939.20 |
| Video Services for Deposition of Charles Sneed | 925.00 |
| Deposition transcript of Mark Robinson | 565.60 |
| Deposition transcript of Paul Cruz | 310.00 |

<u>Fees for Medical Records</u>:

| | |
|---|---:|
| Records from South Austin Medical | 54.00 |
| Records from Better Path Family Counseling | 50.50 |
| Records from South Austin Medical | 222.30 |
| Records from South Austin Medical | 68.50 |
| Records from Glasshouse Effect | 255.50 |
| Records from Glasshouse Effect | 68.50 |
| Service of Subpoena on Tiffany Black | 212.00 |
| Service of Subpoena on Brad Pierce | 238.73 |

<u>Fees for Billing Records</u>

| | |
|---|---:|
| Records from South Austin Medical | 116.25 |
| Records from Better Path Family Counseling | 38.25 |

| | |
|---|---:|
| TOTAL | $<u>10,599.38</u> |

# INVOICE



888-893-3767 / Reporting
713-460-2525 / Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 572827 | 5/5/2020 | 430623 |

| Job Date | Case No. | |
|---|---|---|
| 4/24/2020 | 1:19-CV-608 | |

| Case Name | | |
|---|---|---|
| Camron Sneed v. Austin Independent School District | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

---

Charges for Original Video Services for the Deposition of:

Camron Sneed

|  | 1,285.00 |
|---|---|
| **TOTAL DUE  >>>** | **$1,285.00** |
| AFTER 6/4/2020  PAY | $1,304.28 |

Client Matter No.   :   Tex01/601
Ordered By          :   Jonathan G. Brush
                        Rogers, Morris & Grover, LLP
                        5718 Westheimer Rd., Ste. 1200
                        Houston, TX 77057

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

| | | | | |
|---|---|---|---|---|
| Job No. | : | 430623 | BU ID | : HOU-V |
| Case No. | : | 1:19-CV-608 | | |
| Case Name | : | Camron Sneed v. Austin Independent School District | | |
| Invoice No. | : | 572827 | Invoice Date | : 5/5/2020 |
| **Total Due** | : | **$1,285.00** | | |

AFTER 6/4/2020  PAY  $1,304.28

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Deposition Solutions, LLC DBA Lexitas**
            **P.O. Box 734298**
            **Dept. 2001**
            **Dallas, TX  75373-4298**

# DOCUMENT ACQUISITION SERVICES

1201 RICHARDSON DRIVE, STE 260
RICHARDSON TX 75080
Phone: 972-231-3807   Fax: 972-231-9703

Employer I.D. No.75-2253206

| Invoice Date: |
|---|
| 4/14/2020 |
| Invoice No. |
| 46,628 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

**Bill To:**

JONATHAN G. BRUSH
ROGERS, MORRIS & GROVER, L.L.P.
5718 WESTHEIMER, STE. 1200
HOUSTON TX 77057
713-960-6000

**Ship To:**

JONATHAN G. BRUSH
ROGERS, MORRIS & GROVER, L.L.P.
5718 WESTHEIMER, STE. 1200
HOUSTON TX 77057

| | |
|---|---|
| RE: | C.S. B/N/F CHARLES E. SNEED, SR., ET AL VS AUSTIN INDEPENDENT SCHOOL DISTRICT |
| | Claim #: |
| Records of: | CAMRON SNEED |
| Records From: | SOUTH AUSTIN MEDICAL CLINIC |
| Case No. | C.A. NO.:1:19-cv-608 |

Record Type:  Billing

Reference No.:  50760 - 6

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| OCBAS | Basic Charge | 1.00 | 35.00 | 35.00 |
| OCREC | Copy of Record | 36.00 | 0.25 | 9.00 |
| OCP&H | Postage & Handling | 1.00 | 10.00 | 10.00 |

**TERMS: NET 30**

1.5 % Finance Charge After Term
To insure proper credit, please enclose a
copy of this invoice with payment.

| | |
|---|---|
| Taxable Cost: | 0.00 |
| Total: | 54.00 |
| Paid: | 0.00 |

| TOTAL BALANCE DUE: | 54.00 |
|---|---|

# DOCUMENT ACQUISITION SERVICES

1201 RICHARDSON DRIVE, STE 260
RICHARDSON TX 75080
Phone: 972-231-3807    Fax: 972-231-9703

Employer I.D. No.75-2253206

| Invoice Date: |
|---|
| 4/14/2020 |
| Invoice No. |
| 46,635 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

**Bill To:**

JONATHAN  BRUSH
ROGERS, MORRIS & GROVER, L.L.P.
5718 WESTHEIMER, STE. 1200
HOUSTON TX 77057

**Ship To:**

JONATHAN  BRUSH
ROGERS, MORRIS & GROVER, L.L.P.
5718 WESTHEIMER, STE. 1200
HOUSTON TX 77057

RE: C.S. B/N/F CHARLES E. SNEED, SR., ET AL VS AUSTIN INDEPENDENT SCHOOL DISTRICT

Claim #:

Records of:  CAMRON  SNEED

Records From:  SOUTH AUSTIN MEDICAL CLINIC

Case No.  C.A. NO.:1:19-cv-608

Record Type:  Medical & Xray

Reference No.:  50760 - 5

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| OCBAS | Basic Charge | 1.00 | 35.00 | 35.00 |
| OCREC | Processing Record | 265.00 | 0.25 | 66.25 |
| OCP&H | Postage & Handling | 1.00 | 15.00 | 15.00 |

**TERMS: NET 30**
1.5 % Finance Charge After Term
To insure proper credit, please enclose a
copy of this invoice with payment.

| | |
|---|---|
| Taxable Cost: | 0.00 |
| Total: | 116.25 |
| Paid: | 0.00 |

| TOTAL BALANCE DUE: | 116.25 |
|---|---|

# DOCUMENT ACQUISITION SERVICES

1201 RICHARDSON DRIVE, STE 260
RICHARDSON TX 75080
Phone: 972-231-3807   Fax: 972-231-9703

Employer I.D. No.75-2253206

| Invoice Date: |
| --- |
| 4/20/2020 |
| Invoice No. |
| 46,706 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

**Bill To:**

JONATHAN G. BRUSH
ROGERS, MORRIS & GROVER, L.L.P.
5718 WESTHEIMER, STE. 1200
HOUSTON TX 77057

**Ship To:**

JONATHAN G. BRUSH
ROGERS, MORRIS & GROVER, L.L.P.
5718 WESTHEIMER, STE. 1200
HOUSTON TX 77057

| | |
| --- | --- |
| **RE:** | C.S. B/N/F CHARLES E. SNEED, SR., ET AL VS AUSTIN INDEPENDENT SCHOOL DISTRICT |
| | Claim #: |
| **Records of:** | CAMRON SNEED |
| **Records From:** | BETTER PATH FAMILY COUNSELING AND CONSULTII    Record Type: Billing |
| **Case No.** | C.A. NO.:1:19-cv-608    Reference No.: 50760 - 4 |

| Code | Description | Qty | Amount | Charges |
| --- | --- | --- | --- | --- |
| OCBAS | Basic Charge | 1.00 | 35.00 | 35.00 |
| OCREC | Copy of Record | 13.00 | 0.25 | 3.25 |

| | | |
| --- | --- | --- |
| **TERMS: NET 30**<br>1.5 % Finance Charge After Term<br>To insure proper credit, please enclose a<br>copy of this invoice with payment. | **Taxable Cost:** | 0.00 |
| | **Total:** | 38.25 |
| | **Paid:** | 0.00 |

| TOTAL BALANCE DUE: | 38.25 |
| --- | --- |

# DOCUMENT ACQUISITION SERVICES

1201 RICHARDSON DRIVE, STE 260
RICHARDSON TX 75080
Phone: 972-231-3807   Fax: 972-231-9703

Employer I.D. No.75-2253206

| Invoice Date: |
|---|
| 4/20/2020 |
| Invoice No. |
| 46,705 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

Bill To:

JONATHAN BRUSH
ROGERS, MORRIS & GROVER, L.L.P.
5718 WESTHEIMER, STE. 1200
HOUSTON TX 77057

Ship To:

JONATHAN BRUSH
ROGERS, MORRIS & GROVER, L.L.P.
5718 WESTHEIMER, STE. 1200
HOUSTON TX 77057

RE: C.S. B/N/F CHARLES E. SNEED, SR., ET AL VS AUSTIN INDEPENDENT SCHOOL DISTRICT

Claim #:

Records of:  CAMRON SNEED

Records From:  BETTER PATH FAMILY COUNSELING AND CONSULTI Record Type:  Medical

Case No.  C.A. NO.:1:19-cv-608

Reference No.:  50760 - 3

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| OCBAS | Basic Charge | 1.00 | 35.00 | 35.00 |
| OCREC | Copy of Record | 22.00 | 0.25 | 5.50 |
| OCP&H | Postage & Handling | 1.00 | 10.00 | 10.00 |

**TERMS: NET 30**

1.5 % Finance Charge After Term

To insure proper credit, please enclose a
copy of this invoice with payment.

| | |
|---|---|
| Taxable Cost: | 0.00 |
| Total: | 50.50 |
| Paid: | 0.00 |

| | |
|---|---|
| TOTAL BALANCE DUE: | 50.50 |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 571714 | 5/4/2020 | 430259 |

| Job Date | Case No. | |
|---|---|---|
| 4/24/2020 | 1:19-CV-608 | |

| Case Name |
|---|
| Camron Sneed v. Austin Independent School District |

| Payment Terms |
|---|
| Due upon receipt |

888-893-3767 / Reporting
713-460-2525 / Fax

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX 77057

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Camron Charnelle Chase Sneed                                                         1,589.25

                                              **TOTAL DUE  >>>**          **$1,589.25**
                                              AFTER 6/3/2020  PAY          $1,613.09

Client Matter No.   :   Tex01/601
Ordered By          :   Jonathan G. Brush
                        Rogers, Morris & Grover, LLP
                        5718 Westheimer Rd., Ste. 1200
                        Houston, TX 77057

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX 77057

| | | | | |
|---|---|---|---|---|
| Job No. | : | 430259 | BU ID | : HOU-R |
| Case No. | : | 1:19-CV-608 | | |
| Case Name | : | Camron Sneed v. Austin Independent School District | | |
| Invoice No. | : | 571714 | Invoice Date | : 5/4/2020 |
| **Total Due** | : | **$1,589.25** | | |
| | | AFTER 6/3/2020  PAY  $1,613.09 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Deposition Solutions, LLC DBA Lexitas**
            **P.O. Box 734298**
            **Dept. 2001**
            **Dallas, TX  75373-4298**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1255158 | 5/11/2020 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 38094.001 | 4/14/2020 | 1:19-C-00608 |
| **Case Name** | | |
| C.S. bnf Charles E. Sneed, Sr. and Pamela J. Parks vs. Austin ISD | | |
| **Records Pertaining To** | | |
| Camron Sneed | | |

Amy Demmler
Rogers Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, TX  77057

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Glasshouse Effect Psychotherapy, PLLC<br><br>111 Ramble Lane, Suite 120<br>Austin, TX  78745 | Amy Demmler<br>Rogers Morris & Grover, L.L.P.<br>5718 Westheimer, Suite 1200<br>Houston, TX  77057 | Client Matter No.: TEX01/601<br>Claim No.:<br>Insured:<br>D/O/L: |

Record Request Services
    Camron Sneed (Any & All)                                                                   255.50

                                **TOTAL DUE  >>>**                 **$255.50**

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

**Tax ID:**                                                  Phone: 713-960-6012    Fax:713-960-6025

*Please detach bottom portion and return with payment.*

Amy Demmler
Rogers Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, TX  77057

| | | |
|---|---|---|
| Invoice No. | : | 1255158 |
| Invoice Date | : | 5/11/2020 |
| **Total Due** | : | **$255.50** |

Remit To:   **Veritext Records**
              **1100 Superior Avenue**
              **Suite 1820**
              **Cleveland, OH  44114**

| | | |
|---|---|---|
| Order No. | : | 38094.001 |
| BU ID | : | Texas |
| Case No. | : | 1:19-C-00608 |
| Case Name | : | C.S. bnf Charles E. Sneed, Sr. and Pamela J. Parks vs. Austin ISD |



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1255535 | 5/21/2020 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 38094.001 | 4/14/2020 | 1:19-C-00608 |
| **Case Name** | | |
| C.S. bnf Charles E. Sneed, Sr. and Pamela J. Parks vs. Austin ISD | | |
| **Records Pertaining To** | | |
| Camron Sneed | | |

Amy Demmler
Rogers Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, TX  77057

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Glasshouse Effect Psychotherapy, PLLC<br><br>111 Ramble Lane, Suite 120<br>Austin, TX  78745 | Amy Demmler<br>Rogers Morris & Grover, L.L.P.<br>5718 Westheimer, Suite 1200<br>Houston, TX  77057 | Client Matter No.: TEX01/601<br>Claim No.:<br>Insured:<br>D/O/L: |

Subpoena Services
    Camron Sneed (Any & All)                                                            68.50

**TOTAL DUE  >>>**                               **$68.50**

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

**Tax ID:**                                                          Phone: 713-960-6012    Fax:713-960-6025

*Please detach bottom portion and return with payment.*

Amy Demmler
Rogers Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, TX  77057

| | | |
|---|---|---|
| Invoice No. | : | 1255535 |
| Invoice Date | : | 5/21/2020 |
| **Total Due** | : | **$68.50** |

| Remit To: | **Veritext Records** |
|---|---|
| | **1100 Superior Avenue** |
| | **Suite 1820** |
| | **Cleveland, OH  44114** |

| | | |
|---|---|---|
| Order No. | : | 38094.001 |
| BU ID | : | Texas |
| Case No. | : | 1:19-C-00608 |
| Case Name | : | C.S. bnf Charles E. Sneed, Sr. and Pamela J. Parks vs. Austin ISD |

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1255546 | 5/21/2020 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 38094.003 | 4/14/2020 | 1:19-C-00608 |

| **Case Name** | | |
|---|---|---|
| C.S. bnf Charles E. Sneed, Sr. and Pamela J. Parks vs. Austin ISD | | |

| **Records Pertaining To** | | |
|---|---|---|
| Camron Sneed | | |

Amy Demmler
Rogers Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, TX 77057

| Records From | Ordered By | Reference Info. |
|---|---|---|
| South Austin Medical Clinic<br><br>2555 Western Trails Blvd., Suite 106<br>Austin, TX 78745 | Amy Demmler<br>Rogers Morris & Grover, L.L.P.<br>5718 Westheimer, Suite 1200<br>Houston, TX 77057 | Client Matter No.: TEX01/601<br>Claim No.:<br>Insured:<br>D/O/L: |

Subpoena Services
    Camron Sneed (Medical)                                                      68.50

**TOTAL DUE >>>**          **$68.50**

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

**Tax ID:**                                          Phone: 713-960-6012    Fax:713-960-6025

*Please detach bottom portion and return with payment.*

Amy Demmler
Rogers Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, TX 77057

| | | |
|---|---|---|
| Invoice No. | : | 1255546 |
| Invoice Date | : | 5/21/2020 |
| **Total Due** | **:** | **$68.50** |

| Remit To: | **Veritext Records** | | |
|---|---|---|---|
| | **1100 Superior Avenue** | | |
| | **Suite 1820** | | |
| | **Cleveland, OH 44114** | | |

| | | |
|---|---|---|
| Order No. | : | 38094.003 |
| BU ID | : | Texas |
| Case No. | : | 1:19-C-00608 |
| Case Name | : | C.S. bnf Charles E. Sneed, Sr. and Pamela J. Parks vs. Austin ISD |



888-893-3767 / Reporting
713-460-2525 / Fax

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 574140 | 6/1/2020 | 432939 |

| Job Date | Case No. | |
|---|---|---|
| 5/20/2020 | 1:19-CV-608 | |

| Case Name |
|---|
| Camron Sneed v. Austin Independent School District |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX 77057

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Pamela Parks          1,578.85

**TOTAL DUE >>>**      **$1,578.85**

AFTER 7/1/2020 PAY      $1,602.53

Client Matter No.    :   Tex01/601
Ordered By        :   Jonathan G. Brush
                   Rogers, Morris & Grover, LLP
                   5718 Westheimer Rd., Ste. 1200
                   Houston, TX 77057

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX 77057

| | | | | |
|---|---|---|---|---|
| Job No. | : | 432939 | BU ID | : HOU-R |
| Case No. | : | 1:19-CV-608 | | |
| Case Name | : | Camron Sneed v. Austin Independent School District | | |
| Invoice No. | : | 574140 | Invoice Date | : 6/1/2020 |
| **Total Due** | : | **$1,578.85** | | |

AFTER 7/1/2020 PAY $1,602.53

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Deposition Solutions, LLC DBA Lexitas**
               **P.O. Box 734298**
               **Dept. 2001**
               **Dallas, TX 75373-4298**

# INVOICE



888-893-3767 / Reporting
713-460-2525 / Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 574141 | 6/1/2020 | 432940 |

| Job Date | Case No. | |
|---|---|---|
| 5/20/2020 | 1:19-CV-608 | |

| Case Name | | |
|---|---|---|
| Camron Sneed v. Austin Independent School District | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Charles E. Sneed
                                     939.20

           **TOTAL DUE  >>>**      **$939.20**
           AFTER 7/1/2020  PAY      $953.29

Client Matter No.  :  Tex01/601
Ordered By       :  Jonathan G. Brush
                    Rogers, Morris & Grover, LLP
                    5718 Westheimer Rd., Ste. 1200
                    Houston, TX 77057

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

| | | | | |
|---|---|---|---|---|
| Job No. | : | 432940 | BU ID | : HOU-R |
| Case No. | : | 1:19-CV-608 | | |
| Case Name | : | Camron Sneed v. Austin Independent School District | | |
| Invoice No. | : | 574141 | Invoice Date | : 6/1/2020 |
| **Total Due** | : | **$939.20** | | |
| | AFTER 7/1/2020  PAY  $953.29 | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Deposition Solutions, LLC DBA Lexitas**
              **P.O. Box 734298**
              **Dept. 2001**
              **Dallas, TX  75373-4298**

# INVOICE



888-893-3767 / Reporting
713-460-2525 / Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 574404 | 6/5/2020 | 433323 |

| Job Date | Case No. | |
|---|---|---|
| 5/20/2020 | 1:19-CV-608 | |

| Case Name | | |
|---|---|---|
| Camron Sneed v. Austin Independent School District | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

Charges for Original Video Services for the Deposition of:

Charles Sneed                                                                                   925.00

**TOTAL DUE  >>>**                         **$925.00**

AFTER 7/5/2020  PAY                        $938.88

Client Matter No.   :  Tex01/601
Ordered By          :  Jonathan G. Brush
                          Rogers, Morris & Grover, LLP
                          5718 Westheimer Rd., Ste. 1200
                          Houston, TX 77057

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

| | | | | |
|---|---|---|---|---|
| Job No. | : | 433323 | BU ID | : HOU-V |
| Case No. | : | 1:19-CV-608 | | |
| Case Name | : | Camron Sneed v. Austin Independent School District | | |
| Invoice No. | : | 574404 | Invoice Date | : 6/5/2020 |
| **Total Due** | : | **$925.00** | | |

AFTER 7/5/2020  PAY  $938.88

 

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Deposition Solutions, LLC DBA Lexitas**
            **P.O. Box 734298**
            **Dept. 2001**
            **Dallas, TX  75373-4298**

# INVOICE



888-893-3767 / Reporting
713-460-2525 / Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 574406 | 6/5/2020 | 433325 |

| Job Date | Case No. |
|---|---|
| 5/20/2020 | 1:19-CV-608 |

| Case Name |
|---|
| Camron Sneed v. Austin Independent School District |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

Charges for Original Video Services for the Deposition of:

Pamela Parks                                                                                                 1,225.00

**TOTAL DUE  >>>**                                    **$1,225.00**
AFTER 7/5/2020  PAY                              $1,243.38

Client Matter No.    :   Tex01/601
Ordered By            :   Jonathan G. Brush
                               Rogers, Morris & Grover, LLP
                               5718 Westheimer Rd., Ste. 1200
                               Houston, TX 77057

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

| | | | | |
|---|---|---|---|---|
| Job No. | : 433325 | | BU ID | : HOU-V |
| Case No. | : 1:19-CV-608 | | | |
| Case Name | : Camron Sneed v. Austin Independent School District | | | |
| Invoice No. | : 574406 | | Invoice Date | : 6/5/2020 |
| **Total Due** | : **$1,225.00** | | | |

AFTER 7/5/2020  PAY  $1,243.38

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Deposition Solutions, LLC DBA Lexitas**
                   **P.O. Box 734298**
                   **Dept. 2001**
                   **Dallas, TX  75373-4298**

# I N V O I C E



888-893-3767 / Reporting
713-460-2525 / Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 574464 | 6/8/2020 | 432748 |

| Job Date | Case No. |
|---|---|
| 5/18/2020 | 1:19-CV-608 |

| Case Name |
|---|
| Camron Sneed v. Austin Independent School District |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

1 COPY OF TRANSCRIPT OF:

Dr. Craig Shapiro                                                                                        470.45

**TOTAL DUE  >>>**                     **$470.45**

AFTER 7/8/2020  PAY               $477.51

Client Matter No.   :  Tex01/601
Ordered By          :  Jonathan G. Brush
                             Rogers, Morris & Grover, LLP
                             5718 Westheimer Rd., Ste. 1200
                             Houston, TX 77057

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

| | | | | |
|---|---|---|---|---|
| Job No. | : | 432748 | BU ID | : AUS-R |
| Case No. | : | 1:19-CV-608 | | |
| Case Name | : | Camron Sneed v. Austin Independent School District | | |
| Invoice No. | : | 574464 | Invoice Date | : 6/8/2020 |
| **Total Due** | : | **$470.45** | | |

AFTER 7/8/2020  PAY  $477.51

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Deposition Solutions, LLC DBA Lexitas**
                 **P.O. Box 734298**
                 **Dept. 2001**
                 **Dallas, TX  75373-4298**



888-893-3767 / Reporting
713-460-2525 / Fax

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 574460 | 6/8/2020 | 432747 |

| Job Date | Case No. | |
|---|---|---|
| 5/18/2020 | 1:19-CV-608 | |

| Case Name | | |
|---|---|---|
| Camron Sneed v. Austin Independent School District | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX 77057

1 COPY OF TRANSCRIPT OF:

Susan Leos                                                                386.50

**TOTAL DUE  >>>**                          **$386.50**

AFTER 7/8/2020  PAY                        $392.30

Client Matter No.   :  Tex01/601
Ordered By          :  Amy Demmler
                        Rogers, Morris & Grover, LLP
                        5718 Westheimer Rd., Ste. 1200
                        Houston, TX 77057

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX 77057

| | | | | |
|---|---|---|---|---|
| Job No. | : 432747 | BU ID | : AUS-R | |
| Case No. | : 1:19-CV-608 | | | |
| Case Name | : Camron Sneed v. Austin Independent School District | | | |
| Invoice No. | : 574460 | Invoice Date | : 6/8/2020 | |
| **Total Due** | : **$386.50** | | | |

AFTER 7/8/2020  PAY  $392.30

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Deposition Solutions, LLC DBA Lexitas**
            **P.O. Box 734298**
            **Dept. 2001**
            **Dallas, TX  75373-4298**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1254974 | 5/5/2020 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 38094.003 | 4/14/2020 | 1:19-C-00608 |
| **Case Name** | | |
| C.S. bnf Charles E. Sneed, Sr. and Pamela J. Parks vs. Austin ISD | | |
| **Records Pertaining To** | | |
| Camron Sneed | | |

Amy Demmler
Rogers Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, TX  77057

| Records From | Ordered By | Reference Info. |
|---|---|---|
| South Austin Medical Clinic<br><br>2555 Western Trails Blvd., Suite 106<br>Austin, TX  78745 | Amy Demmler<br>Rogers Morris & Grover, L.L.P.<br>5718 Westheimer, Suite 1200<br>Houston, TX  77057 | Client Matter No.: TEX01/601<br>Claim No.:<br>Insured:<br>D/O/L: |

Record Request Services

    Camron Sneed (Medical)                                                  222.30

**TOTAL DUE  >>>**          **$222.30**

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | 222.30 |

**Tax ID:**                                            Phone: 713-960-6012    Fax:713-960-6025

*Please detach bottom portion and return with payment.*

Amy Demmler
Rogers Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, TX  77057

| | | | | |
|---|---|---|---|---|
| Order No. | : | 38094.003 | BU ID | : Texas |
| Case No. | : | 1:19-C-00608 | | |
| Case Name | : | C.S. bnf Charles E. Sneed, Sr. and Pamela J. Parks vs. Austin ISD | | |
| Invoice No. | : | 1254974 | Invoice Date | : 5/5/2020 |
| **Total Due** | : | **$222.30** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Veritext Records**
               **1100 Superior Avenue**
               **Suite 1820**
               **Cleveland, OH  44114**



888-893-3767 / Reporting
713-460-2525 / Fax

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 575160 | 6/16/2020 | 433033 |

| Job Date | Case No. | |
|---|---|---|
| 5/22/2020 | 1:19-CV-608 | |

| Case Name | | |
|---|---|---|
| Camron Sneed v. Austin Independent School District | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jonathan G. Brush
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

---

1 COPY OF TRANSCRIPT OF:

Mark Robinson, Confidential                                             565.60

**TOTAL DUE  >>>**                                     **$565.60**

AFTER 7/16/2020  PAY                                      $574.08

Client Matter No.    :   Tex01/601

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Jonathan G. Brush
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX  77057

| | | | | |
|---|---|---|---|---|
| Job No. | : | 433033 | BU ID | : AUS-R |
| Case No. | : | 1:19-CV-608 | | |
| Case Name | : | Camron Sneed v. Austin Independent School District | | |
| Invoice No. | : | 575160 | Invoice Date | : 6/16/2020 |
| **Total Due** | : | **$565.60** | | |

AFTER 7/16/2020  PAY  $574.08

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Deposition Solutions, LLC DBA Lexitas**
            **P.O. Box 734298**
            **Dept. 2001**
            **Dallas, TX  75373-4298**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 578074 | 7/16/2020 | 436102 |

| Job Date | Case No. | |
|---|---|---|
| 6/26/2020 | 1:19-CV-608 | |

| Case Name | | |
|---|---|---|
| Camron Sneed v. Austin Independent School District | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX 77057

888-893-3767 / Reporting
713-460-2525 / Fax

1 COPY OF TRANSCRIPT OF:

Dr. Paul Cruz                                                      310.00

**TOTAL DUE  >>>**                              **$310.00**

AFTER 8/15/2020 PAY                        $314.65

Client Matter No.  :  Tex01/601
Ordered By          :  Amy Demmler
                              Rogers, Morris & Grover, LLP
                              5718 Westheimer Rd., Ste. 1200
                              Houston, TX 77057

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Jennifer Cronkhite
Rogers, Morris & Grover, LLP
5718 Westheimer Rd., Ste. 1200
Houston, TX 77057

Job No.        :  436102           BU ID          : AUS-R
Case No.      :  1:19-CV-608
Case Name   :  Camron Sneed v. Austin Independent School
                      District
Invoice No.    :  578074           Invoice Date    : 7/16/2020
**Total Due**    :  **$310.00**
AFTER 8/15/2020 PAY  $314.65

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Deposition Solutions, LLC DBA Lexitas**
                 **P.O. Box 734298**
                 **Dept. 2001**
                 **Dallas, TX 75373-4298**

# INVOICE

*Professional Civil Process*

REMIT PAYMENT TO:
*103 Vista View Trail*
*Spicewood TX 78669*

QUESTIONS REGARDING CHARGES ON THIS INVOICE ARE TO BE
DIRECTED TO THE BILLING DEPARTMENT AT: (512) 477-3500

EIN NO.:76-0068034
A CORPORATION - NO 1099 REQUIRED

|   |   | Customer | Date | Invoice |
|---|---|---|---|---|
|   |   | 30081 | 12/03/20 | A20B05280 |

**Bill To:**
    Rogers, Morris & Grover, LLP      Phone: (713) 960-6000
    Brush, Jonathan G.           Fax# : (713) 960-6025
    5718 Westheimer Rd Ste 1200
    Houston TX 77057

**Case Info:** CAMRON SNEED
           vs. AUSTIN INDEPENDENT SCHOOL DISTRICT
    **Court:** Western District of Texas - Austin Division
    **Case#:** 1:19-CV-608
**Your Ref#:** Received On: 11/30/20

**Regarding:** Personally Served BLACK, TIFFANY on 12/03/20 at 08:56:00
**Documents:** SUBPOENA TO APPEAR AND TESTIFY AT A HEARING ORTRIAL IN A CIVIL ACTION

**RUSH SERVICE REQUEST**

| | | | |
|---|---|---|---|
| WF | WITNESS FEE | 120.00 |
| CK | CHECK CHARGE | 2.00 |
| RS | RUSH I/C SERVED | 90.00 |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | **$** | **212.00** |
| **PAID TO DATE:** | **$** | **.00** |
| **LATE FEE:** | **$** | **.00** |
| **BALANCE DUE:** | **$** | **212.00** |

--------------------------------[PLEASE DETACH AND RETURN]------------------------

*Professional Civil Process*

**Bill To:**
    Rogers, Morris & Grover, LLP    a
    Brush, Jonathan G.
    5718 Westheimer Rd Ste 1200
    Houston TX 77057

|   | Customer | Date | Invoice |
|---|---|---|---|
|   | 30081 | 12/03/20 | A20B05280 |

BALANCE DUE:    $ 212.00

Return to: Professional Civil Process
         103 Vista View Trail
         Spicewood TX 78669

INVOICE DUE AND PAYABLE UPON RECEIPT (IF PAID BY INVOICE),
ALL CHARGES NOT PAID WITHIN 30 DAYS FROM THE FIRST MONTHLY
STATEMENT THAT CONTAINS THIS INVOICE ARE SUBJECT TO A SERVICE
CHARGE AT THE RATE OF .5% PER 30 DAYS, 6% PER ANNUM.

jbradsha

# INVOICE

## Professional Civil Process

REMIT PAYMENT TO:
*103 Vista View Trail*
*Spicewood TX 78669*

QUESTIONS REGARDING CHARGES ON THIS INVOICE ARE TO BE
DIRECTED TO THE BILLING DEPARTMENT AT: (512) 477-3500

EIN NO.:76-0068034
A CORPORATION - NO 1099 REQUIRED

| Customer | Date | Invoice |
|----------|------|---------|
| 30081 | 12/07/20 | A20C00746 |

**Bill To:**

Rogers, Morris & Grover, LLP
Brush, Jonathan G.
5718 Westheimer Rd Ste 1200
Houston TX 77057

Phone: (713) 960-6000
Fax# : (713) 960-6025

**Case Info:** CAMERON SEED
vs. AUSTIN INDEPENDENT SCHOOL DISTRICT
**Court:** Western District of Texas - Austin Division
**Case#:** 1:19-CV-608
**Your Ref#:** Received On: 12/02/20

**Regarding:** Personally Served PIERCE, BRAD on 12/03/20 at 10:54:00
**Documents:** SUBPOENA TO APPEAR AND TO TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION
**Comments:** wf (federal)46191

**PRIORITY SERVICE REQUEST**

| | | |
|----|------------------|--------|
| WF | WITNESS FEE | 131.73 |
| CK | CHECK CHARGE | 2.00 |
| PR | PRIORITY I/C SERVED | 105.00 |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | $ | 238.73 |
| **PAID TO DATE:** | $ | .00 |
| **LATE FEE:** | $ | .00 |
| **BALANCE DUE:** | $ | 238.73 |

--------------------------------[PLEASE DETACH AND RETURN]------------------------

## Professional Civil Process

**Bill To:**

Rogers, Morris & Grover, LLP          a
Brush, Jonathan G.
5718 Westheimer Rd Ste 1200
Houston TX 77057

| Customer | Date | Invoice |
|----------|------|---------|
| 30081 | 12/07/20 | A20C00746 |

BALANCE DUE:    $ 238.73

Return to: Professional Civil Process
103 Vista View Trail
Spicewood TX 78669

INVOICE DUE AND PAYABLE UPON RECEIPT (IF PAID BY INVOICE),
ALL CHARGES NOT PAID WITHIN 30 DAYS FROM THE FIRST MONTHLY
STATEMENT THAT CONTAINS THIS INVOICE ARE SUBJECT TO A SERVICE
CHARGE AT THE RATE OF .5% PER 30 DAYS, 6% PER ANNUM.

jbradsha